### No. 12,877.

IN RE ADJUDICATION OF PRIORITY RIGHTS TO THE USE OF WATER.

SAN LUIS VALLEY IRRIGATION DISTRICT ET AL *v.* FUCHS.
(21 P. [2d] 180)

Decided April 10, 1933.

Mr. GEORGE M. CORLETT, Mr. CLAUDE W. CORLETT, Mr. F. B. GOUDY, Mr. EDWARD L. WOOD, for plaintiffs in error.

No appearance for defendant in error.

*En Banc.*

MR. JUSTICE CAMPBELL delivered the opinion of the court.

THIS cause is ruled by our decision in cause No. 12,873, In the Matter of the Adjudication of Priority of Rights to the Use of Water in Water District No. 20, The San Luis Valley Irrigation District et al. v. W. F. Knowlton, 92 Colo. 407, 21 P. (2d) 177. The decision there is equally applicable to the facts of this case, which are the same as the facts in that case. The judgment, therefore, is affirmed in its entirety.